UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Daisy Delgado Medina,
   Plaintiff,
      v.
Johnson & Johnson Medical Caribbean,
   Defendant.

CASE NUMBER: 98-2003 (HL)

| MOTION |
|---|
| Date Filed: 2/3/00    Docket #6    [x] Plffs [] Defts<br>Title: Stipulation for Voluntary Dismissal<br>Opp'n Filed:    Docket # |

| ORDER |
|---|
| The Court hereby approves Plaintiff's request for a voluntary dismissal of this case with prejudice without imposition of costs, interest, or attorney's fees. |

Date 4/7/00

HECTOR M. LAFFITTE
Chief U.S. District Judge


