ENTERED ON DOCKET
2/9/00 PURSUANT
TO FRCP RULES 58 & 79a

## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF PUERTO RICO

DAISY DELGADO MEDINA,
  Plaintiff,

v.                                           Civil No. 98-2003 (HL)

JOHNSON & JOHNSON MEDICAL
CARIBBEAN,
  Defendant.

### JUDGMENT

The Court having approved Plaintiff's request for voluntary dismissal, judgment is hereby entered dismissing this case with prejudice.

IT IS SO ORDERED
In San Juan, Puerto Rico
This 5th day of February, 2000

_____
HECTOR M. LAFFITTE
Chief United States District Judge




AO 72A
(Rev.8/82)